AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York  ▾

| | | |
|---|---|---|
| JUSTIN TIMPERIO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| BRONX-LEBANON HOSPITAL CENTER, ET ANO. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF JUSTIN TIMPERIO                                .

Date:    02/28/2018

*Attorney's signature*

ARNOLD N. KRISS, ESQ. (5294)
*Printed name and bar number*
123 WILLIAM STREET
15TH FLOOR
NEW YORK, NEW YORK 10038

*Address*

AKRISS@LAWKRISS.COM
*E-mail address*

(212) 577-2000
*Telephone number*

(212) 577-2138
*FAX number*