LAW OFFICES OF
**ARNOLD N. KRISS**
123 WILLIAM STREET · 15TH FLOOR
NEW YORK, N.Y. 10038-3804
WEBSITE: LAWKRISS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/18

ARNOLD N. KRISS
E-MAIL: AKRISS@LAWKRISS.COM

MARY F. DONOVAN, OF COUNSEL*
*ADMITTED IN NY & NJ

JOHN C. THEODORELLIS, OF COUNSEL

TELEPHONE (212) 577-2000
FAX NO. (212) 577-2138

May 16, 2018

**VIA ECF and COURTESY COPY BY FACSIMILE**

Hon. Paul G. Gardephe
Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 17, 2018

Re: Timperio v. Bronx-Lebanon Hospital Center and
Upstate Guns and Ammo, LLC
Civil Action No. 1:18-cv-01804-PGG
Our File No. 21/17

Dear Judge Gardephe:

I represent Plaintiff Justin Timperio regarding the above-captioned matter.

This matter was scheduled before you for a pretrial conference on Thursday, May 24, 2018, at 10:45 a.m. However, pursuant to your Order dated May 9, 2018, you adjourned the pretrial conference *sine die*.

Also pursuant to your May 9, 2018, Order you set a schedule regarding Defendants' proposed Motions to Dismiss Plaintiff's Complaint as follows:

1. Defendants' Motions due on May 21, 2018;
2. Plaintiff's Answer in Opposition due on June 11, 2018; and
3. Defendants' Reply, if any, due on June 18, 2018.

I will be out of the country until May 30, 2018, and have other professional commitments during June. Therefore, I am respectfully requesting, after obtaining the consent of all Defendants' counsel, subject to your approval, that the following will be the revised scheduling Order:

LAW OFFICES OF
ARNOLD N. KRISS

Hon. Paul G. Gardephe
May 16, 2018
Page Two

1. Defendants' Motions due on June 25, 2018;
2. Plaintiff's Answer in Opposition due on July 24, 2018; and
3. Defendants' Reply, if any, due on July 31, 2018.

This is the first request for an amendment of the Scheduling Order.

Thank you for your courtesy regarding this matter.

Very truly yours,

Arnold N. Kriss (AK-5294)

ANK/pe

cc: Scott Allen, Esq., Renzulli Law Firm LLP (via ECF)
Stephanie B. Gitnik, Esq., Kaufman Borgeest & Ryan LLP (via ECF)