UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN TIMPERIO,

                Plaintiff,

  -against-                              **NOTICE OF APPEARANCE**
                                              **Civil Case No. 1:18-CV-01804 PGG**

BRONX-LEBANON HOSPITAL CENTER and
UPSTATE GUNS AND AMMO, LLC,

                Defendants.

---

**TO THE CLERK OF THE COURT
AND ALL PARTIES OF RECORD:**

      **PLEASE TAKE NOTICE,** that we have been retained by and appear as co-counsel for the defendant, Upstate Guns and Ammo, LLC, in this action, together with the Renzulli Law Firm, LLP as Lead Counsel, and demand that all notices and other papers therein also be served on us at our offices, 20 Corporate Woods Boulevard, Albany, New York, 12211-2396, as well as the Renzulli Law Firm, LLP.

DATED:    May 23, 2018          CARTER, CONBOY, CASE, BLACKMORE,
                                              MALONEY & LAIRD, P.C.

                                              By: _____
                                                 MICHAEL J. MURPHY
                                                 Bar Roll No.: MM1234
                                                 Attorneys for Defendant, Upstate Guns and Ammo, LLC
                                                 Office and P.O. Address
                                                 20 Corporate Woods Boulevard
                                                 Albany, NY  12211-2396
                                                 Phone: (518) 465-3484
                                                 E-Mail: mmurphy@carterconboy.com

RENZULLI LAW FIRM, LLP
Attorneys for Defendant, Upstate Guns and Ammo, LLC
One North Broadway, Suite 1005
White Plains, NY  10601
Phone: (914) 285-0700

TO: LAW OFFICES OF ARNOLD N. KRISS
Attorneys for Plaintiff
123 William Street, 15th Floor
New York, NY  10038

KAUFMAN BORGEEST & RYAN LLP
Attorneys for Defendant, Bronx-Lebanon Hospital Center
200 Summit Lake Drive
Valhalla, NY  10595