UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN TIMPERIO,<br><br>        Plaintiff,<br><br>  -against-<br><br>BRONX LEBANON HOSPITAL CENTER,<br><br>        Defendant. | 18-CV-1804 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  Per this Court's prior order, a status update on this matter was due on December 15, 2023. Dkt. 110. The parties have yet to file anything. As such, the parties should file a status update by December 29, 2023.

  SO ORDERED.

Dated: December 21, 2023
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge